JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL D. JONES, | ) | NO. CV 17-6908-DDP (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C. PHEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 7, 2018

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE